UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME GAY and DAVID CROCRAM, | CASE NO. 11-5869 RJB |
| Plaintiffs, | ORDER ON STIPULATED MOTION TO RESET DEADLINES |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulated Motion to Vacate the Trial Dates and Extend Discovery and Expert Disclosures. Dkt. 31. The Court has reviewed the motion, the remaining record, and is fully advised.

Parties move the Court to reset the trial date from November 13, 2012 to late January/early February 2013. Dkt. 31. Parties also request that the fact discovery deadline be reset to September 28, 2012; the deadline for Plaintiff's to disclose experts to October 5, 2012; the deadline for the United States to disclose experts to October 12, 2012; and the deadline for expert discovery reset to and including November 16, 2012. *Id.* Parties indicate that they will be engaged in mediation in July. *Id.*

Parties have provided good cause for rescheduling the trial and other deadlines.

Accordingly, trial is **RESET** for **February 11, 2013** at 9:30 a.m. in Courtroom A; the following deadlines are **RESET**:

| | |
|---|---|
| Disclosure of Plaintiffs' expert testimony under FRCP 26(a)(2): | October 5, 2012 |
| Disclosure of the United States' expert testimony under FRCP 26(a)(2): | October 12, 2012 |
| Expert Discovery: | November 16, 2012 |
| All motions related to discovery must be FILED by: | October 24, 2012 |
| All other Discovery COMPLETED by: | October 14, 2012 |
| All dispositive motions must be FILED by: | November 13, 2012 |
| Settlement conference per CR 39.1(c)(2) HELD no later than: | December 13, 2012 |
| Mediation per CR 39.1(c)(3) HELD no later than: | January 12, 2013 |
| Letter of compliance as to CR 39.1 FILED by: | January 19, 2013 |
| Motions in limine should be FILED by: | January 17, 2013 |
| (NOTED on the motion calendar no later than the third Friday before any scheduled pretrial conference.) | |
| Agreed pretrial order LODGED with the court by: | January 25, 2013 |
| Pretrial conference will be HELD at 8:30 a.m. on: | February 1, 2013 |
| Trial briefs, proposed voir dire & jury instructions due: | February 1, 2013. |

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 15th day of June, 2012.

*[signature]*

ROBERT J. BRYAN
United States District Judge